

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00921-CV

**IN RE** Judith **ZAFFIRINI**

Original Mandamus Proceeding[1]

## ORDER

Sitting:       Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice

On December 31, 2014, relator Judith Zaffirini filed a petition for writ of mandamus and motion for emergency stay and temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay and temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 31, 2014.

_____
Rebeca C. Martinez, Justice

---

[1] This proceeding arises out of Cause Nos. 2008-PB7-000016-L2, styled *Estate of Delfina E. Alexander, Deceased; and Rocio G. Guerra v. Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, Individually, and as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust, et al.*, and 2013-PBA-000133-L2, styled *Raymond S. DeLeon II, Trustee of the Delfina & Josefina Alexander Family Trust v. Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, Individually and In Their Capacities as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust, et al.*, consolidated for purposes of trial and pending in County Court at Law No. 2, Webb County, Texas, the Honorable Polly Jackson Spencer presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31 day of December, 2014.

Keith E. Hottle
Clerk of Court